RECEIVED

OCT 0 9 2015

COURT OF APPEALS
SECOND DISTRICT OF TEXAS
DEBRA SPISAK, CLERK

**Supreme Court of the United States**
**Office of the Clerk**
**Washington, DC 20543-0001**

Scott S. Harris
Clerk of the Court
(202) 479-3011

October 5, 2015

Clerk
Court of Appeals of Texas, Second District
Tarrant County Courthouse
100 West Weatherford Street
Ft. Worth, TX 76196

    Re:  William Adrian Roberts
        v. Texas
        No. 14-10220
        (Your No. 02-12-00405-CR, 02-12-00406-CR)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

Scott S. Harris, Clerk

OFFICE OF THE CLERK
SUPREME COURT OF THE UNITED STATES
WASHINGTON, DC 20543-0001

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

FIRST-CLASS MAIL

$000.48

US OFFICIAL MAIL
ZIP 20543
041M11120021

10/06/2015

USPOSTAGE

RECEIVED

OCT 0 9 2015

COURT OF APPEALS
SECOND DISTRICT OF TEXAS
DEBRA SPISAK, CLERK